UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HENDON,<br><br>   Petitioner,<br><br> v.<br><br>ROBERT BURTON,<br><br>   Respondent. | Case No. 1:21-cv-01245-HBK<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA<br><br>(Doc. No. 1) |

Petitioner is proceeding on his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. (Doc. No. 1). Petitioner is a prisoner incarcerated in San Joaquin County, which is located within the jurisdiction and venue of this Court's Sacramento Division. Petitioner challenges his September 6, 2000 and June 27, 2001 state sentences and convictions entered by the Superior Court of Monterey County, which is located within the jurisdiction and venue of the San Jose Division of the United States District Court for the Northern District of California.

Under 28 U.S.C. § 2241(d), jurisdiction is proper in the judicial district where the petitioner was convicted or where the petitioner is incarcerated. Therefore, both the Northern District of California and the Eastern District of California have concurrent jurisdiction. *See* 28 U.S.C. § 2241(d); *Rumsfeld v. Padilla*, 542 U.S. 426, 428 (2004). However, "[f]or the

convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). Federal courts in California generally hear petitions for writ of habeas corpus in the district of conviction. *Favor v. California*, No. 116-CV-01912-DAD-EPG-HC, 2017 WL 2671006, at *1 (E.D. Cal. June 21, 2017) (*citing Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Thus, the Court finds in its discretion "and in furtherance of justice" the petition should be transferred to the Northern District of California. 28 U.S.C. §§ 1404(a), 2241(d). The Court declines to rule on Petitioner's motion for evidentiary hearing and expansion of the record. (Doc. No. 2).

**Accordingly,**

1. The Clerk shall transfer this action to the United States District Court for the Northern District of California, San Jose Division; and

2. All future filings shall reference the new case number assigned and shall be filed at:

> United States District Court
> Northern District of California
> San Jose Division
> 280 South 1st Street, Room 2112
> San Jose, CA 95113

Dated:   August 18, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2